B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aguila, Sergio** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Aguila, Maria** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3204** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9408** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**533 Rush St<br>Roselle, IL**<br>ZIPCODE **60172-2230** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**533 Rush St<br>Roselle, IL**<br>ZIPCODE **60172-2230** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aguila, Sergio & Aguila, Maria** |
|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Derek V Lofland*                                              **1/07/09**<br>　　Signature of Attorney for Debtor(s)                              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                                    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aguila, Sergio & Aguila, Maria** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  */s/ Sergio Aguila*<br>    Signature of Debtor            **Sergio Aguila**<br>X  */s/ Maria Aguila*<br>    Signature of Joint Debtor            **Maria Aguila**<br><br>    Telephone Number (If not represented by attorney)<br>    **January  7, 2009**<br>    Date | X  _____<br>    Signature of Foreign Representative<br><br>    _____<br>    Printed Name of Foreign Representative<br><br>    _____<br>    Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X  */s/ Derek V Lofland*<br>    Signature of Attorney for Debtor(s)<br><br>    **Derek V Lofland 6280490**<br>    **Gleason & Gleason**<br>    **77 W Washington, Ste 1218**<br>    **Chicago, IL  60602**<br>    **(312) 578-9530  Fax: (312) 578-9524**<br>    **derek@chicagobk.com**<br><br><br>    **January  7, 2009**<br>    Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>    _____<br>    Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>    _____<br>    Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>    _____<br>    Address |
| **Signature of Debtor (Corporation/Partnership)** | X  _____<br>    Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>    _____<br>    Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  _____<br>    Signature of Authorized Individual<br><br>    _____<br>    Printed Name of Authorized Individual<br><br>    _____<br>    Title of Authorized Individual<br><br>    _____<br>    Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Aguila, Sergio & Aguila, Maria** | **X** */s/ Sergio Aguila*   1/07/2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor   Date |
| | |
| Case No. (if known) _____ | **X** */s/ Maria Aguila*   1/07/2009 |
| | Signature of Joint Debtor (if any)   Date |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Aguila, Sergio & Aguila, Maria**          Case No. _____
                    Debtor(s)                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | TOTAL | 0.00 |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Aguila, Sergio & Aguila, Maria
_____     Case No. _____
                    Debtor(s)                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing | | 250.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Aguila, Sergio & Aguila, Maria                                          Case No. _____
_____
              Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Aguila, Sergio & Aguila, Maria**
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **250.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Aguila, Sergio & Aguila, Maria**                                           Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
|  |  |  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Aguila, Sergio & Aguila, Maria** _____    Case No. _____

<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Aguila, Sergio & Aguila, Maria                                    Case No. _____
                 Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Aguila, Sergio & Aguila, Maria** _____ Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Advocate-lutheran General** | | W | **Open account opened 1/08** | | | | <br><br>**1,266.00** |
| ACCOUNT NO.<br><br>**Harris And Harris Ltd<br>600 W Jackson Blvd<br>Chicago, IL  60661-5636** | | | **Assignee or other notification for:<br>Advocate-lutheran General** | | | | |
| ACCOUNT NO.<br><br>**Advocate-lutheran General** | | H | **Open account opened 12/06** | | | | <br><br>**1,047.00** |
| ACCOUNT NO.<br><br>**Harris And Harris Ltd<br>600 W Jackson Blvd<br>Chicago, IL  60661-5636** | | | **Assignee or other notification for:<br>Advocate-lutheran General** | | | | |

_____ **3** continuation sheets attached

Subtotal (Total of this page) $ **2,313.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Aguila, Sergio & Aguila, Maria                           Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **435766020017**<br>**Banco Populr**<br>**155 Vanguard St.**<br>**Orlando, FL  32819** | | W | **Revolving account opened 3/98** | | | | 809.00 |
| ACCOUNT NO. **517805263558**<br>**Cap One**<br>**PO Box 5155**<br>**Norcross, GA  30091-5155** | | H | **Revolving account opened 3/06** | | | | 1,577.00 |
| ACCOUNT NO. **654040259500001**<br>**First Midwest Bank/na**<br>**300 N Hunt Club Rd**<br>**Gurnee, IL  60031-2502** | | J | **Mortgage account opened 3/05** | | | | 295,482.00 |
| ACCOUNT NO. **771410002602**<br>**Gemb/sams Club**<br>**PO Box 103104**<br>**Roswell, GA  30076-9104** | | J | **Revolving account opened 11/06** | | | | 237.00 |
| ACCOUNT NO. **6100237474**<br>**Harris N.a.**<br>**111 W Monroe St**<br>**Chicago, IL  60603-4096** | | J | **Revolving account opened 6/06** | | | | 36,921.00 |
| ACCOUNT NO. **2500122197**<br>**Hfc - Usa**<br>**961 Weigel Ave**<br>**Elmhurst, IL  60126-1058** | | H | **Open account opened 12/06** | | | | 10,306.00 |
| ACCOUNT NO.<br>**Hsbc** | | H | **Open account opened 3/08** | | | | 124.00 |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $  **345,456.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $  _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Aguila, Sergio & Aguila, Maria**                    Case No. _____
_____                         (If known)
                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Portfolio Recvry And Affil <br>PO Box 12914 <br>Norfolk, VA 23541-0914** | | | Assignee or other notification for: Hsbc | | | | |
| ACCOUNT NO. **545800560401** <br>**Hsbc Bank <br>PO Box 5246 <br>Carol Stream, IL 60197-5246** | | H | Revolving account opened 3/98 | | | | **1,153.00** |
| ACCOUNT NO. <br>**Med1 02 Advocate Lutheran General** | | H | | | | | **383.00** |
| ACCOUNT NO. <br>**Harris <br>600 W Jackson Blvd <br>Chicago, IL 60661-5636** | | | Assignee or other notification for: Med1 02 Advocate Lutheran General | | | | |
| ACCOUNT NO. <br>**Med1 02 Lutheran General Hospital** | | H | | | | | **526.00** |
| ACCOUNT NO. <br>**Pellettieri <br>991 Oak Creek Dr <br>Lombard, IL 60148-6408** | | | Assignee or other notification for: Med1 02 Lutheran General Hospital | | | | |
| ACCOUNT NO. **656965** <br>**Nicor Gas <br>1844 W Ferry Rd <br>Naperville, IL 60563-9662** | | W | Open account opened 3/05 | | | | **571.00** |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,633.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Aguila, Sergio & Aguila, Maria**                                            Case No. _____
_____                                                      _____
              Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sprint** | | W | **Unknown account opened 3/07** | | | | **507.00** |
| ACCOUNT NO.<br><br>**First Revenue Assuranc**<br>**200 Fillmore St Ste 300**<br>**Denver, CO  80206-5028** | | | **Assignee or other notification for:**<br>**Sprint** | | | | |
| ACCOUNT NO.<br><br>**Sprint** | | W | **Open account opened 3/08** | | | | **507.00** |
| ACCOUNT NO.<br><br>**Pentagroup Financial**<br>**5959 Corporate Dr Ste 14**<br>**Houston, TX  77036-2302** | | | **Assignee or other notification for:**<br>**Sprint** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**3**_____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,014.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **351,416.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE** Aguila, Sergio & Aguila, Maria _____   Case No. _____
<div align="center">Debtor(s)                                                        (If known)</div>

<div align="center">

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

</div>

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)          DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $            **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ _____ | $ _____ |
|    b. Insurance | $ _____ | $ _____ |
|    c. Union dues | $ _____ | $ _____ |
|    d. Other (specify) _____ | $ _____ | $ _____ |
|    _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $            **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $            **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance | | |
|    (Specify) _____ | $ _____ | $ _____ |
|    _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income | | |
|    (Specify) _____ | $ _____ | $ _____ |
|    _____ | $ _____ | $ _____ |
|    _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $            **0.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$            **0.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

<div style="writing-mode: vertical-lr">© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B6J (Official Form 6J) (12/07)

IN RE **Aguila, Sergio & Aguila, Maria**                                   Case No. _____
    Debtor(s)                                                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
|    a. Are real estate taxes included?   Yes ____   No ✓ | |
|    b. Is property insurance included?   Yes ____   No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ _____ |
|    b. Water and sewer | $ _____ |
|    c. Telephone | $ _____ |
|    d. Other _____ | $ _____ |
|    _____ | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ _____ |
| 5. Clothing | $ _____ |
| 6. Laundry and dry cleaning | $ _____ |
| 7. Medical and dental expenses | $ _____ |
| 8. Transportation (not including car payments) | $ _____ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ _____ |
|    c. Health | $ _____ |
|    d. Auto | $ _____ |
|    e. Other _____ | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ _____ |
|    _____ | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other _____ | $ _____ |
|    _____ | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other _____ | $ _____ |
|    _____ | $ _____ |
|    _____ | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.                          $ _____

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ _____ **0.00** |
|    b. Average monthly expenses from Line 18 above | $ _____ **0.00** |
|    c. Monthly net income (a. minus b.) | $ _____ **0.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Aguila, Sergio & Aguila, Maria                                    Case No. _____
_____                                    (If known)
                    Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____17 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January  7, 2009**_____    Signature: */s/ Sergio Aguila*_____
                                                   **Sergio Aguila**                                       Debtor

Date: **January  7, 2009**_____    Signature: */s/ Maria Aguila*_____
                                                   **Maria Aguila**                                (Joint Debtor, if any)
                                                   [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____    _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                   _____
                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                    Case No. _____

_____

**Aguila, Sergio & Aguila, Maria**                                        Chapter **7** _____

_____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☑   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **7/26/2008** | **676.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **January  7, 2009**      Signature   */s/ Sergio Aguila*
                          of Debtor                                                 **Sergio Aguila**

Date: **January  7, 2009**      Signature   */s/ Maria Aguila*
                          of Joint Debtor                                        **Maria Aguila**
                          (if any)

                                 **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                            Case No. _____

Aguila, Sergio & Aguila, Maria _____   Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 351,416.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| | TOTAL | 15 | $ 250.00 | $ 351,416.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Aguila, Sergio & Aguila, Maria _____    Chapter **7** _____
_____ Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **351,416.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **351,416.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                           Case No. _____

Aguila, Sergio _____    Chapter **7** _____
<center>Debtor(s)</center>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Sergio Aguila*** _____

Date: **January 7, 2009** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Aguila, Maria _____   Chapter **7** _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Maria Aguila** _____

Date: **January  7, 2009** _____

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

**Aguila, Sergio & Aguila, Maria**                          Chapter **7** _____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered  ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt  ☐ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered  ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt  ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**January  7, 2009**_____     **/s/ Sergio Aguila**_____
                                          Signature of Debtor

                                          **/s/ Maria Aguila**_____
                                          Signature of Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Aguila, Sergio & Aguila, Maria                                 Chapter **7**_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**14**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **January  7, 2009**_____    */s/ Sergio Aguila*_____
                                            Debtor


                                            */s/ Maria Aguila*_____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Aguila, Sergio**
**533 Rush St**
**Roselle, IL  60172-2230**

**Harris N.a.**
**111 W Monroe St**
**Chicago, IL  60603-4096**

**Aguila, Maria**
**533 Rush St**
**Roselle, IL  60172-2230**

**Hfc - Usa**
**961 Weigel Ave**
**Elmhurst, IL  60126-1058**

**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**

**Hsbc Bank**
**PO Box 5246**
**Carol Stream, IL  60197-5246**

**Banco Populr**
**155 Vanguard St.**
**Orlando, FL  32819**

**Nicor Gas**
**1844 W Ferry Rd**
**Naperville, IL  60563-9662**

**Cap One**
**PO Box 5155**
**Norcross, GA  30091-5155**

**Pellettieri**
**991 Oak Creek Dr**
**Lombard, IL  60148-6408**

**First Midwest Bank/na**
**300 N Hunt Club Rd**
**Gurnee, IL  60031-2502**

**Pentagroup Financial**
**5959 Corporate Dr Ste 14**
**Houston, TX  77036-2302**

**First Revenue Assuranc**
**200 Fillmore St Ste 300**
**Denver, CO  80206-5028**

**Portfolio Recvry And Affil**
**PO Box 12914**
**Norfolk, VA  23541-0914**

**Gemb/sams Club**
**PO Box 103104**
**Roswell, GA  30076-9104**

**Harris**
**600 W Jackson Blvd**
**Chicago, IL  60661-5636**

**Harris  And  Harris Ltd**
**600 W Jackson Blvd**
**Chicago, IL  60661-5636**

B6H (Official Form 6H) (12/07)

IN RE **Aguila, Sergio & Aguila, Maria** _____    Case No. _____
<div style="text-align:center">Debtor(s)</div>                                                     (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Aguila, Sergio & Aguila, Maria** _____ Case No. _____
<span style="display:block">Debtor(s)</span>  (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                      Case No. _____

**Aguila, Sergio & Aguila, Maria** _____     Chapter **7**_____
                                       Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................ $ _____**676.00**

   Prior to the filing of this statement I have received .......................................................... $ _____**676.00**

   Balance Due ......................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____     _____
**January  7, 2009**                          **/s/ Derek V Lofland**
             Date                             **Derek V Lofland 6280490**
                                              **Gleason & Gleason**
                                              **77 W Washington, Ste 1218**
                                              **Chicago, IL  60602**
                                              **(312) 578-9530  Fax: (312) 578-9524**
                                              **derek@chicagobk.com**

STATE OF ILLINOIS
DEPARTMENT OF EMPLOYMENT SECURITY
*BENEFIT PAYMENT STUB AND EXPLANATION*

2166                                                                              4192 ____

**SOCIAL SECURITY NUMBER.**
352~80-9408  1
**LOCAL OFFICE NUMBER.**
7

MARIA AGUILA
533 S RUSH ST.
ROSELLE, IL  60172

| WEEK ENDING DATE | GROSS BENEFIT | DEDUCTIONS | | | | | | | SUPPLEMENT | NET BENEFIT |
| | | INCOME | UNAVAILABLE | RETIREMENT | OTHER | RECOUPMENT | CHILD SUPP. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2008 | 165.00 | | | | | | | | | 165.00 |
| 10/25/2008 | 165.00 | | | | | | | | | 165.00 |

| PAYDATE | WEEKS | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/29/2008 | 2 | Check Amount Reflects $   43.00   Withheld as Tax | CHECK AMOUNT | $   287.00 | | | |
| | | Internal/External Check Nos. 200830316448 / 37704346 | | | | | |

EFFECTIVE NOVEMBER 1, 2008, YOUR UI BENEFITS WILL BE PAID THROUGH A DEBIT CARD, UNLESS YOU ELECT TO RECEIVE PAYMENT BY DIRECT DEPOSIT TO A CHECKING OR SAVINGS ACCOUNT. DEBIT CARDS WILL BE MAILED AUTOMATICALLY. PLEASE CONTACT YOUR LOCAL OFFICE OR VISIT THE IDES WEBSITE AT HTTP://WWW.IDES.STATE.IL.US/DEBIT_CARD/DEFAULT.ASP IF YOU WISH TO SIGN UP FOR DIRECT DEPOSIT.

**IMPORTANT** _____                                        XLF066  (REV. 10/06)

1. DETACH YOUR CHECK CAREFULLY AND CASH AS SOON AS POSSIBLE.
2. SAVE YOUR CHECK STUB AND EXPLANATION. IF THERE ARE ANY PROBLEMS WITH THIS CHECK, BRING THE CHECK STUB TO YOUR LOCAL OFFICE.
3. IF YOU ARE CERTIFYING FOR BENEFITS BY MAIL COMPLETE THE ENCLOSED CERTIFICATION FORM AND MAIL IT ON THE DATE INDICATED.
4. IF YOU ARE CERTIFYING FOR BENEFITS BY TELEPHONE CONTINUE TO CALL TELE-SERVE.
5. CONTACT YOUR LOCAL OFFICE IMMEDIATELY IF YOU HAVE A QUESTION ABOUT YOUR CLAIM.

STATE OF ILLINOIS
DEPARTMENT OF EMPLOYMENT SECURITY
*BENEFIT PAYMENT STUB AND EXPLANATION*

3622                                                                                    6980 ____

SOCIAL SECURITY NUMBER.
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  1
LOCAL OFFICE NUMBER.
7

MARIA AGUILA
533 S RUSH ST.
ROSELLE, IL  60172

| WEEK ENDING DATE | GROSS BENEFIT | DEDUCTIONS | | | | | | | SUPPLEMENT | NET BENEFIT |
| | | INCOME | UNAVAILABLE | RETIREMENT | OTHER | RECOUPMENT | CHILD SUPP. | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2008 | 165.00 | | | | | | | | | 165.00 |
| 10/11/2008 | 165.00 | | | | | | | | | 165.00 |

| PAYDATE | WEEKS | | | Check Amount Reflects $ 43.00 Withheld as Tax | CHECK AMOUNT | $ 287.00 |
|---|---|---|---|---|---|---|
| 10/15/2008 | 2 | | | Internal/External Check Nos. 200828920987 / 37614675 | | |

**EFFECTIVE NOVEMBER 1, 2008, YOUR UI BENEFITS WILL BE PAID THROUGH A DEBIT CARD, UNLESS YOU ELECT TO RECEIVE PAYMENT BY DIRECT DEPOSIT TO A CHECKING OR SAVINGS ACCOUNT. DEBIT CARDS WILL BE MAILED AUTOMATICALLY. PLEASE CONTACT YOUR LOCAL OFFICE OR VISIT THE IDES WEBSITE AT HTTP://WWW.IDES.STATE.IL.US/DEBIT_CARD/DEFAULT.ASP IF YOU WISH TO SIGN UP FOR DIRECT DEPOSIT.**

**IMPORTANT** _____                                                   XLF066  (REV.  10/06)

1. DETACH YOUR CHECK CAREFULLY AND CASH AS SOON AS POSSIBLE.
2. SAVE YOUR CHECK STUB AND EXPLANATION. IF THERE ARE ANY PROBLEMS WITH THIS CHECK, BRING THE CHECK STUB TO YOUR LOCAL OFFICE.
3. IF YOU ARE CERTIFYING FOR BENEFITS BY MAIL COMPLETE THE ENCLOSED CERTIFICATION FORM AND MAIL IT ON THE DATE INDICATED.
4. IF YOU ARE CERTIFYING FOR BENEFITS BY TELEPHONE CONTINUE TO CALL TELE-SERVE.
5. CONTACT YOUR LOCAL OFFICE IMMEDIATELY IF YOU HAVE A QUESTION ABOUT YOUR CLAIM.

STATE OF ILLINOIS
DEPARTMENT OF EMPLOYMENT SECURITY
*BENEFIT PAYMENT STUB AND EXPLANATION*

3920                                                                    7572

SOCIAL SECURITY NUMBER.
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  1              MARIA AGUILA
LOCAL OFFICE NUMBER.        533 S RUSH ST.
7                          ROSELLE, IL  60172

| WEEK ENDING DATE | GROSS BENEFIT | **D E D U C T I O N S** | | | | | | | SUPPLEMENT | NET BENEFIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME | UNAVAILABLE | RETIREMENT | OTHER | RECOUPMENT | CHILD SUPP. | TOTAL | | |
| 09/20/2008 | 165.00 | | | | | | | | | 165.00 |
| 09/27/2008 | 165.00 | | | | | | | | | 165.00 |

| PAYDATE | WEEKS | | | | |
|---|---|---|---|---|---|
| | | | Check Amount Reflects $ 43.00 Withheld as Tax | CHECK AMOUNT $ | 287.00 |
| 10/01/2008 | 2 | | Internal/External Check Nos. 200827520351 / 37501886 | | |

IN THE NEAR FUTURE, UI BENEFITS  WILL ONLY BE PAID VIA 1) DIRECT DEPOSIT
TO A CHECKING OR SAVINGS ACCOUNT OR 2) AN IDES ISSUED DEBIT CARD.
PLEASE CONTACT YOUR LOCAL OFFICE OR VISIT THE IDES WEBSITE AT
WWW.IDES.STATE.IL.US TO SIGNUP FOR DIRECT DEPOSIT OR DEBIT CARD.

IMPORTANT                                        XLF066   (REV.   09/08)
1. DETACH YOUR CHECK CAREFULLY AND CASH AS SOON AS POSSIBLE.
2. SAVE YOUR CHECK STUB AND EXPLANATION. IF THERE ARE ANY PROBLEMS WITH THIS CHECK, BRING THE CHECK STUB TO YOUR LOCAL OFFICE.
3. IF YOU ARE CERTIFYING FOR BENEFITS BY MAIL COMPLETE THE ENCLOSED CERTIFICATION FORM AND MAIL IT ON THE DATE INDICATED.
4. IF YOU ARE CERTIFYING FOR BENEFITS BY TELEPHONE CONTINUE TO CALL TELE-SERVE.
5. CONTACT YOUR LOCAL OFFICE IMMEDIATELY IF YOU HAVE A QUESTION ABOUT YOUR CLAIM.

4166

**STATE OF ILLINOIS**
**DEPARTMENT OF EMPLOYMENT SECURITY**
*BENEFIT PAYMENT STUB AND EXPLANATION*

8033

SOCIAL SECURITY NUMBER.
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  1
LOCAL OFFICE NUMBER.
7

MARIA AGUILA
533 S RUSH ST.
ROSELLE, IL  60172

| WEEK ENDING DATE | GROSS BENEFIT | INCOME | UNAVAILABLE | RETIREMENT | OTHER | RECOUPMENT | CHILD SUPP. | TOTAL | SUPPLEMENT | NET BENEFIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DEDUCTIONS | | | | | | | | |
| 09/06/2008 | 165.00 | | | | | | | | | 165.00 |
| 09/13/2008 | 165.00 | | | | | | | | | 165.00 |

| PAYDATE | WEEKS | | Check Amount Reflects $ 43.00 Withheld as Tax | CHECK AMOUNT | $ 287.00 |
|---|---|---|---|---|---|
| 09/17/2008 | 2 | | Internal/External Check Nos. 200826120448 / 37381705 | | |

IN THE NEAR FUTURE, UI BENEFITS  WILL ONLY BE PAID VIA 1) DIRECT DEPOSIT
TO A CHECKING OR SAVINGS ACCOUNT OR 2) AN IDES ISSUED DEBIT CARD.
PLEASE CONTACT YOUR LOCAL OFFICE OR VISIT THE IDES WEBSITE AT
WWW.IDES.STATE.IL.US TO SIGNUP FOR DIRECT DEPOSIT OR DEBIT CARD.

**IMPORTANT** _____  XLF066  (REV.  09/08)
1. DETACH YOUR CHECK CAREFULLY AND CASH AS SOON AS POSSIBLE.
2. SAVE YOUR CHECK STUB AND EXPLANATION. IF THERE ARE ANY PROBLEMS WITH THIS CHECK, BRING THE CHECK STUB TO YOUR LOCAL OFFICE.
3. IF YOU ARE CERTIFYING FOR BENEFITS BY MAIL COMPLETE THE ENCLOSED CERTIFICATION FORM AND MAIL IT ON THE DATE INDICATED.
4. IF YOU ARE CERTIFYING FOR BENEFITS BY TELEPHONE CONTINUE TO CALL TELE-SERVE.
5. CONTACT YOUR LOCAL OFFICE IMMEDIATELY IF YOU HAVE A QUESTION ABOUT YOUR CLAIM.

A AND A CONTRACTORS, INC. 12584

Employee: Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

SSN: ***-**-3204 | Status (Fed/State): Married/Withhold | Allowances/Extra: Fed-0/0/IL-0/0

Pay Period: 09/22/2008 - 09/28/2008 | Pay Date: 10/01/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 23,432.00 |
| OVERTIME | 15.00 | 40.35 | 605.25 | 8,935.61 |
| | | | 1,681.25 | 32,367.61 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 3,372.00 |
| 25-Training Fund | 8.25 | 165.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -244.00 | -4,374.00 |
| Social Security Employee | -104.24 | -2,006.79 |
| Medicare Employee | -24.38 | -469.33 |
| IL - Withholding | -50.44 | -971.03 |
| | -423.06 | -7,821.15 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -88.00 |
| 673-Union Dues ($67 mo) | -16.75 | -358.75 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -423.06 |

| Net Pay | 1,237.44 | 24,123.40 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 343.75 | 6,847.28 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

A AND A CONTRACTORS, INC. 12630

Employee: Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

SSN: ***-**-3204 | Status (Fed/State): Married/Withhold | Allowances/Extra: Fed-0/0/IL-0/0

Pay Period: 09/29/2008 - 10/05/2008 | Pay Date: 10/08/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 24,508.00 |
| OVERTIME | 4.50 | 40.35 | 181.58 | 9,117.19 |
| | | | 1,257.58 | 33,625.19 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 3,534.00 |
| 25-Training Fund | 6.68 | 172.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -151.00 | -4,525.00 |
| Social Security Employee | -77.97 | -2,084.76 |
| Medicare Employee | -18.24 | -487.57 |
| IL - Withholding | -37.73 | -1,008.76 |
| | -284.94 | -8,106.09 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -92.00 |
| 673-Union Dues ($67 mo) | -16.75 | -375.50 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -443.81 |

| Net Pay | 951.89 | 25,075.29 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 278.13 | 7,125.41 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

A AND A CONTRACTORS, INC. 12677

Employee: Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

SSN: ***-**-3204 | Status (Fed/State): Married/Withhold | Allowances/Extra: Fed-0/0/IL-0/0

Pay Period: 10/06/2008 - 10/12/2008 | Pay Date: 10/15/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 25,584.00 |
| OVERTIME | 14.00 | 40.35 | 564.90 | 9,682.09 |
| | | | 1,640.90 | 35,266.09 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 3,696.00 |
| 25-Training Fund | 8.10 | 180.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -233.00 | -4,758.00 |
| Social Security Employee | -101.74 | -2,186.50 |
| Medicare Employee | -23.79 | -511.36 |
| IL - Withholding | -49.23 | -1,057.99 |
| | -407.76 | -8,513.85 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -96.00 |
| 673-Union Dues ($67 mo) | -16.75 | -392.25 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -464.56 |

| Net Pay | 1,212.39 | 26,287.68 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 337.50 | 7,462.91 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

**A AND A CONTRACTORS, INC.** 1240

Employee
Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

SSN ***-**-3204 | Status (Fed/State) Married/Withhold | Allowances/Extra Fed-0/0/IL-0/0
Pay Period: 09/01/2008 - 09/07/2008 | Pay Date: 09/10/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 20,204.00 |
| OVERTIME | | | 0.00 | 7,604.06 |
| | | | 1,076.00 | 27,808.06 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 2,886.00 |
| 25-Training Fund | 6.00 | 142.57 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -123.00 | -3,753.00 |
| Social Security Employee | -66.71 | -1,724.10 |
| Medicare Employee | -15.61 | -403.22 |
| IL - Withholding | -32.28 | -834.24 |
| | -237.60 | -6,714.56 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -76.00 |
| 673-Union Dues ($67 mo) | -16.75 | -308.50 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -360.81 |

| Net Pay | 817.65 | 20,732.69 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 250.00 | 5,891.03 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

**A AND A CONTRACTORS, INC.** 12492

Employee
Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

SSN ***-**-3204 | Status (Fed/State) Married/Withhold | Allowances/Extra Fed-0/0/IL-0/0
Pay Period: 09/08/2008 - 09/14/2008 | Pay Date: 09/17/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 21,280.00 |
| OVERTIME | 5.00 | 40.35 | 201.75 | 7,805.81 |
| | | | 1,277.75 | 29,085.81 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 3,048.00 |
| 25-Training Fund | 6.75 | 149.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -154.00 | -3,907.00 |
| Social Security Employee | -79.22 | -1,803.32 |
| Medicare Employee | -18.52 | -421.74 |
| IL - Withholding | -38.33 | -872.57 |
| | -290.07 | -7,004.63 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -80.00 |
| 673-Union Dues ($67 mo) | -16.75 | -325.25 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -381.56 |

| Net Pay | 966.93 | 21,699.62 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 281.25 | 6,172.28 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

**A AND A CONTRACTORS, INC.** 12527

Employee
Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

SSN ***-**-3204 | Status (Fed/State) Married/Withhold | Allowances/Extra Fed-0/0/IL-0/0
Pay Period: 09/15/2008 - 09/21/2008 | Pay Date: 09/24/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 22,356.00 |
| OVERTIME | 13.00 | 40.35 | 524.55 | 8,330.36 |
| | | | 1,600.55 | 30,686.36 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 3,210.00 |
| 25-Training Fund | 7.95 | 157.27 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -223.00 | -4,130.00 |
| Social Security Employee | -99.23 | -1,902.55 |
| Medicare Employee | -23.21 | -444.95 |
| IL - Withholding | -48.02 | -920.59 |
| | -393.46 | -7,398.09 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -84.00 |
| 673-Union Dues ($67 mo) | -16.75 | -342.00 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -402.31 |

| Net Pay | 1,186.34 | 22,885.96 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 331.25 | 6,503.53 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

**A AND A CONTRACTORS, INC.**

12335

Employee
Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-3204 | Married/Withhold | Fed-0/0/IL-0/0 |

Pay Period: 08/18/2008 - 08/24/2008
Pay Date: 08/27/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 18,052.00 |
| OVERTIME | 10.50 | 40.35 | 423.68 | 7,140.03 |
| | | | 1,499.68 | 25,192.03 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 2,562.00 |
| 25-Training Fund | 7.58 | 128.84 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -198.00 | -3,422.00 |
| Social Security Employee | -92.98 | -1,561.91 |
| Medicare Employee | -21.74 | -365.28 |
| IL - Withholding | -44.99 | -755.76 |
| | -357.71 | -6,104.95 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -68.00 |
| 673-Union Dues ($67 mo) | -16.75 | -275.00 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -319.31 |

| Net Pay | 1,121.22 | 18,767.77 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 315.63 | 5,319.15 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

**A AND A CONTRACTORS, INC.**

12369

Employee
Sergio Aguila, 533 South Rush Street, Roselle, IL 60172

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-3204 | Married/Withhold | Fed-0/0/IL-0/0 |

Pay Period: 08/25/2008 - 08/31/2008
Pay Date: 09/03/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 673-Base Wage | 40.00 | 26.90 | 1,076.00 | 19,128.00 |
| OVERTIME | 11.50 | 40.35 | 464.03 | 7,604.06 |
| | | | 1,540.03 | 26,732.06 |

| | | |
|---|---|---|
| 673-Pension | 162.00 | 2,724.00 |
| 25-Training Fund | 7.73 | 136.57 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -208.00 | -3,630.00 |
| Social Security Employee | -95.48 | -1,657.39 |
| Medicare Employee | -22.33 | -387.61 |
| IL - Withholding | -46.20 | -801.96 |
| | -372.01 | -6,476.96 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniforms | -4.00 | -72.00 |
| 673-Union Dues ($67 mo) | -16.75 | -291.75 |
| Reimbursement - Other | 0.00 | 23.69 |
| | -20.75 | -340.06 |

| Net Pay | 1,147.27 | 19,915.04 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 673-Health & Welfare | 321.88 | 5,641.03 |

A and A Contractors, Inc., 7N675 Garden Ave., Roselle, IL 60172 630-529-2500

Form **1040** U.S. Individual Income Tax Return 2007 Department of the Treasury --- Internal Revenue Service   IRS Use Only -- Do not write or staple in this space.

For the year Jan. 1--Dec. 31, 2007, or other tax year beginning _____ , 2007, ending _____ , 20 ___   OMB No. 1545-0074

| Label (See instructions.) Use the IRS label. Otherwise, please print or type. | SERGIO AGUILA<br>MARIA AGUILA<br>533 S RUSH STREET<br>ROSELLE IL 60172 |
|---|---|

**Your social security number**  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
**Spouse's social security no.**  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

▲ You **must** enter your SSN(s) above. ▲

**Presidential Election Campaign**  Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☒ You ☒ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**  Check only one box.
1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see inst.)

**Exemptions**  (If more than four dependents, see instructions.)
6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a .........
b ☒ Spouse ...................................................

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|---|
| SERGIO E | AGUILA | 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 | SON | |
| ERNESTINA | AGUILA | 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 | PARENT | ☒ |
| JOSE | MARTINEZ | 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 | PARENT | |
| LUCIA | MARTINEZ | 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 | PARENT | |

No. of children on 6c who:
• lived with you  **1**
• did not live with you due to divorce or separation (see inst.)
Dependents on 6c not entered above  **3**

d Total number of exemptions claimed ...............................   Add numbers on lines above ▶  **6**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ............... | 7 | 50,915 |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required ............... | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a ....... | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required ........... | 9a | |
| b | Qualified dividends (see instructions) .............. | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ..... | 10 | 408 |
| 11 | Alimony received ....................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ .......... | 12 | 1,496 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ... ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ............... | 14 | |
| 15a | IRA distributions .... 15a ____ | b Taxable amount ........ | 15b | |
| 16a | Pensions and annuities 16a ____ | b Taxable amount ........ | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ............... | 18 | |
| 19 | Unemployment compensation ....................... | 19 | 10,389 |
| 20a | Social security benefits 20a ____ | b Taxable amount (see inst.) | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 63,208 |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) ........... | 23 | | | |
|---|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 ..... | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 ............. | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE ... | 27 | 106 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ...... | 28 | | | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | | | |
| 30 | Penalty on early withdrawal of savings ............. | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction (see instructions) .................. | 32 | | | |
| 33 | Student loan interest deduction (see instructions) ...... | 33 | | | |
| 34 | Tuition and fees deduction. Attach Form 8917 ......... | 34 | | | |
| 35 | Domestic production activities ded. Attach Form 8903 .... | 35 | | | |
| 36 | Add lines 23 through 31a and 32 through 35 ................... | | | 36 | 106 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** .......... ▶ | | | 37 | 63,102 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form **1040** (2007)

JVA   07   10401   TWF 21460   Copyright Forms (Software Only) -- 2007 TW

Form 1040 (2007)    AGUILA    340-8 ... c    Page 2

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | | 38 | 63,102 |
|---|---|---|---|---|---|---|
| **Standard Deduction for --** | 39a | Check if: ☐ **You** were born before January 2, 1943, ☐ Blind. ☐ **Spouse** was born before January 2, 1943, ☐ Blind. **Total boxes checked** ▶ 39a | | | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see inst. | b | If your spouse itemizes on a separate return or you were a dual-status alien, see inst. and check here ▶ 39b ☐ | | | | |
| | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | | | 40 | 28,073 |
| | 41 | Subtract line 40 from line 38 | | | 41 | 35,029 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet in the instructions | | | 42 | 20,400 |
| • All others: | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | 14,629 |
| Single or Married filing separately, $5,350 | 44 | **Tax** (see inst.). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | | | 44 | 1,463 |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | | 45 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 46 | Add lines 44 and 45 | | ▶ | 46 | 1,463 |
| | 47 | Credit for child & dependent care expenses. Attach Form 2441 | 47 | | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | | |
| Head of household, $7,850 | 49 | Education credits. Attach Form 8863 | 49 | | | |
| | 50 | Residential energy credits. Attach Form 5695 | 50 | | | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | | | |
| | 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | 1,000 | | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | | | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | | | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | | | 56 | 1,000 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | | ▶ | 57 | 1,000 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | | 58 | 463 |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | | | 59 | 211 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** | | ▶ | 63 | 674 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 6,252 | FORM 1099 | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2007 estimated tax payments & amt. applied from 2006 return | 65 | | | |
| | 66a | **Earned income credit (EIC)** | 66a | | | |
| | b | Nontaxable combat pay election ▶ 66b | | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see inst.) | 67 | | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | | |
| | 69 | Amount paid with request for extension to file (see instructions) | 69 | | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** | | ▶ | 72 | 6,252 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | | | 73 | 5,578 |
| Direct deposit? See inst. and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | 74a | 5,578 |
| | ▶ b | Routing no. 1 2 2 2 3 1 3 0 4 ▶ c Type: ☒ Checking ☐ Savings | | | | |
| | ▶ d | Account no. 9 8 1 9 1 3 4 0 8 3 2 3 0 4 | | | | |
| | 75 | Amt. of line 73 you want applied to your 2008 estimated tax ▶ | 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions | | ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ **No** | | | | |
| | | Designee's name ▶ PREPARER    Phone no. ▶    Personal identification number (PIN) ▶ | | | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation DRIVER | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation H/W

| **Paid Preparer's Use Only** | Preparer's signature ▶ ED SOTO | Date 02-11-2008 | Check if self-employed ☒ | Preparer's SSN or PTIN P00082061 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, & ZIP code ▶ ESP TAX SERVICE  498 WEST BOUGHTON ROAD  BOLINGBROOK IL 60440-1893 | | EIN 36-3898337  Phone no. 630-226-5000 | |

JVA    07    10402    TWF 21461    Copyright Forms (Software Only) - 2007 TW

Form **1040** (2007)

**SCHEDULE A**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service

## Schedule A – Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040
SERGIO AND MARIA AGUILA

Your social security no.
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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) SEE DEDUCTION ATTACHMENT | **1** | 5,703 | |
| | 2 Enter amount from Form 1040, line 38 .. **2** 63,102 | | | |
| | 3 Multiply line 2 by 7.5% (.075) ................. | **3** | 4,733 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- ............ | | **4** | 970 |
| **Taxes You Paid** (See instructions.) | 5 State and local (check only one box): | | | |
| | a ☒ income taxes, or | | | |
| | b ☐ General sales taxes | **5** | 1,501 | |
| | 6 Real estate taxes (see instructions) ..................... | **6** | 4,500 | |
| | 7 Personal property taxes ..................... | **7** | | |
| | 8 Other taxes. ▶ | **8** | | |
| | 9 Add lines 5 through 8 ..................... | | **9** | 6,001 |
| **Interest You Paid** (See instructions.) **Note.** Personal interest is not deductible. | 10 Home mortgage interest and points reported to you on Form 1098. | **10** | 19,582 | |
| | 11 Home mortg. int. not reported to you on Form 1098. If paid to seller, show that person's name, ID no., & addr. ▶ | | | |
| | 12 Points not reported to you on Fm. 1098. See inst. for special rules .. | **11** | 0 | |
| | 13 Qualified mortgage insurance premiums (see instructions) ........ | **12** | | |
| | 14 Investment interest. Attach Form 4952 if required. (See instructions.) | **13** | | |
| | 15 Add lines 10 through 14 | **14** | | |
| | | | **15** | 19,582 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions CHURCH 145 | **16** | 145 | |
| | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500. ......... | **17** | 475 | |
| | 18 Carryover from prior year ..................... | **18** | | |
| | 19 Add lines 16 through 18 ..................... | | **19** | 620 |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) ............... | | **20** | 0 |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | 21 Unreimbursed empl. exp. You **must** attach Form 2106 or 2106-EZ if required. ▶ UNION & PROFESS DUES 1,136 UNIFORM CLEANING 416 SAFETY SHOES 400 | **21** | 1,952 | |
| | 22 Tax preparation fees ..................... | **22** | 210 | |
| | 23 Other expenses ▶ | **23** | | |
| | 24 Add lines 21 through 23 ..................... | **24** | 2,162 | |
| | 25 Enter amount from Form 1040, line 38 .. **25** 63,102 | | | |
| | 26 Multiply line 25 by 2% (.02) ..................... | **26** | 1,262 | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- ...... | | **27** | 900 |
| **Other Miscellaneous Deductions** | 28 Other -- from list in instructions. List type and amount ▶ | | | |
| | | | **28** | |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? | | | |
| | ☒ No.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ....... ▶ | | **29** | 28,073 |
| | ☐ Yes.  Your deduction may be limited. See instructions for the amount to enter. | | | |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

**Schedule A (Form 1040) 2007**

JVA   07   AB12    TWF 21437    Copyright Forms (Software Only) - 2007 TW

CLIENT COPY
CLIENT COPY

# 1

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **09**

Name of proprietor
SERGIO AGUILA

Social security number (SSN)
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

**A** Principal business or profession, including product or service (see the instructions)
GENERAL FREIGHT TRUCKING, LOCAL

**B** Enter code from instructions ▶
484110

**C** Business name. If no separate business name, leave blank.
EAGLE TRUCKING

**D** Employer ID no. (EIN), if any
74-3183792

**E** Business address (including suite or room no.) ▶533 S RUSH STREET
City, town or post office, state, and ZIP code     ROSELLE IL 60172

**F** Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2007? If "No," see instructions for limit on losses . . . . ☒ Yes ☐ No

**H** If you started or acquired this business during 2007, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see instructions and check here . . . . . . ▶ ☐ | **1** 77,816 |
| 2 | Returns and allowances | **2** |
| 3 | Subtract line 2 from line 1 | **3** 77,816 |
| 4 | Cost of goods sold (from line 42 on page 2) | **4** |
| 5 | **Gross profit.** Subtract line 4 from line 3 | **5** 77,816 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **7** 77,816 |

## Part II   Expenses.   Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | **8** 20 | 18 | Office expense . . . . . | **18** 186 |
| 9 | Car and truck expenses (see instructions) . . . . . . . . | **9** 31,492 | 19 | Pension & profit-sharing plans | **19** |
| 10 | Commissions and fees . . | **10** 7,250 | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** | a | Vehicles, machinery, and equipment. | **20a** |
| 12 | Depletion . . . . . . . | **12** | b | Other business property . . . | **20b** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . . | **13** 5,200 | 21 | Repairs and maintenance . . . | **21** |
| | | | 22 | Supplies (not included in Part III) . . | **22** 739 |
| | | | 23 | Taxes and licenses . . . . | **23** |
| 14 | Employee benefit programs (other than on line 19) . . . . . | **14** | 24 | Travel, meals, and entertainment: | |
| 15 | Insurance (other than health). . | **15** | a | Travel . . . . . . . . | **24a** |
| 16 | Interest: | | b | Deductible meals and entertainment (see instructions) | **24b** |
| a | Mortgage (paid to banks, etc.) | **16a** | 25 | Utilities . . . . . . . . | **25** |
| b | Other . . . . . . . . | **16b** 10,189 | 26 | Wages (less employment credits) . | **26** |
| 17 | Legal and professional services | **17** 2,338 | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . | **27** 18,906 |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . ▶ | **28** 76,320 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | **29** 1,496 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | **30** |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.
• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you **must** go to line 32. | **31** 1,496 |

| | |
|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☐ All investment is at risk.
**32b** ☐ Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

JVA   07  C1   TWF 23968     Copyright Forms (Software Only) – 2007 TW

Schedule C (Form 1040) 2007

Schedule C (Form 1040) 2007   AGUILA  340-8      c   Page 2

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

33  Method(s) used to
value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ..................................................................................   ☐ Yes   ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation ....... | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use ................................. | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself ............................. | 37 | |
| 38 | Materials and supplies ............................................. | 38 | |
| 39 | Other costs ......................................................... | 39 | |
| 40 | Add lines 35 through 39 ................................................ | 40 | |
| 41 | Inventory at end of year ............................................... | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ....... | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and |
|---|---|

are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

a  Business _____   b  Commuting (see instructions) _____   c  Other _____

45  Do you (or your spouse) have another vehicle available for personal use? .....................   ☐ Yes   ☐ No

46  Was your vehicle available for personal use during off-duty hours? ..........................   ☐ Yes   ☐ No

47a  Do you have evidence to support your deduction? ..........................................   ☐ Yes   ☐ No

b  If "Yes," is the evidence written? .......................................................   ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. | ☐ Yes | ☐ No |
|---|---|---|---|

| | |
|---|---|
| MISCELLANEOUS | |
| POSTAGE | 66 |
| BUSINESS TELEPHONE | 17 |
| INDEPENDENT CONTRACTORS | 3,473 |
| | 15,350 |

| 48 | **Total other expenses.** Enter here and on page 1, line 27 ................................ | 48 | 18,906 |
|---|---|---|---|

JVA   07  C2    TWF 23969    Copyright Forms (Software Only) – 2007 TW

Schedule C (Form 1040) 2007

SCHEDULE SE
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

► Attach to Form 1040.   ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ► |
|---|---|
| SERGIO AGUILA | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt -- Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.

Did you receive wages or tips in 2007?

No → Are you a minister, member of a religious order, or Christian Science practitioner who received IRS approval **not** to be taxed on earnings from these sources, **but** you owe self-employment tax on other earnings? → Yes

Yes → Was the total of your wages and tips subject to social security or railroad retirement tax **plus** your net earnings from self-employment more than $97,500? → Yes

No ↓

No → Are you using one of the optional methods to figure your net earnings (see instructions)? → Yes

Did you receive tips subject to social security or Medicare tax that you **did not** report to your employer? → Yes

No ↓

No → Did you receive church employee income reported on Form W-2 of $108.28 or more? → Yes

No → Did you report any wages on Form 8919, Uncollected Social Security and Medicare Tax on Wages? → Yes

No ↓

**You may use Short Schedule SE below**

**You must use Long Schedule SE on page 2**

## Section A -- Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 1,496 |
| 3 | Combine lines 1 and 2 | 3 | 1,496 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, do **not** file this schedule; you do not owe self-employment tax | 4 | 1,382 |
| 5 | Self-employment tax. If the amount on line 4 is: • $97,500 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 58. • More than $97,500, multiply line 4 by 2.9% (.029). Then, add $12,090 to the result. Enter the total here and on Form 1040, line 58 | 5 | 211 |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 106 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

JVA   07   SE1   TWF 21702   Copyright Forms (Software Only) - 2007 TW

Schedule SE (Form 1040) 2007

| Form **4562** | | **Depreciation and Amortization** (Including Information on Listed Property) | | OMB No. 1545-0172 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ See separate instructions.   ▶ Attach to your tax return. | | **2007** Attachment Sequence No. **67** |

Name(s) shown on return: SERGIO AND MARIA AGUILA

Business or activity to which this form relates: FOR SCHEDULE C  #1

Identifying number: 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

**Part I   Election To Expense Certain Property Under Section 179**
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 125,000 |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 500,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 125,000 |

| 6 | (a) Description of property | (b) Cost (busn. use only) | (c) Elected cost |
|---|---|---|---|

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 125,000 |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II   Special Depreciation Allowance and Other Depreciation** (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

**Part III   MACRS Depreciation** (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2007 | 17 | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

**Section B -- Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C -- Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV   Summary** (see instructions)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | 5,200 |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 5,200 |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

JVA   07   45621   TWF 21626   Copyright Forms (Software Only) - 2007 TW

Form **4562** (2007)

Form 4562 (2007)        AGUILA   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        Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) | | | | | | | c |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A -- Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a   Do you have evidence to support business/investment use claimed?   ☒ Yes ☐ No   24b   If "Yes," is the evidence written?   ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Busn./ investment use percentage | (d) Cost or other basis | (e) Basis for depr. (busn./investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25   Special allowance for qualified Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | | 25 | | |
| 26   Property used more than 50% in a qualified business use: | | | | | | | | |
| 2005 INTER | 08-09-2006 | 100.0% | 11,01,520 | 11,01,520 | 7 | 200DBHY | 5,200 | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27   Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28   Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 5,200 | |
| 29   Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B -- Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30   Total business/investment miles driven during the year (**do not** include commuting miles) | 25000 | | | | | | | | | | | |
| 31   Total commuting miles driven during the year | | | | | | | | | | | | |
| 32   Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33   Total miles driven during the year. Add lines 30 through 32 | 25000 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34   Was the vehicle available for personal use during off-duty hours? | | X | | | | | | | | | | |
| 35   Was the vehicle used primarily by a more than 5% owner or related person? | | X | | | | | | | | | | |
| 36   Is another vehicle available for personal use? | | X | | | | | | | | | | |

**Section C -- Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37   Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38   Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners. | | | |
| 39   Do you treat all use of vehicles by employees as personal use? | | | |
| 40   Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 41   Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42   Amortization of costs that begins during your 2007 tax year (see instructions): | | | | | |
| | | | | | |
| 43   Amortization of costs that began before your 2007 tax year | | | | 43 | |
| 44   **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

JVA   07   45622      TWF 21855      Copyright Forms (Software Only) - 2007 TW

Form **4562** (2007)

Certificate Number: <u>00437-ILN-CC-004817866</u>

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 3, 2008</u>, at <u>10:12</u> o'clock <u>AM MDT</u>,

<u>Sergio Aguila</u> received from

<u>Black Hills Children's Ranch, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Northern District of Illinois</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>September 3, 2008</u>       By    <u>/s/Flora Perez</u>

Name  <u>Flora Perez</u>

Title  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-ILN-CC-004700005

## CERTIFICATE OF COUNSELING

I CERTIFY that on August 18, 2008_____, at 11:36_____ o'clock AM MDT_____,

Maria Aguila_____ received from

Black Hills Children's Ranch, Inc._____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone_____.

Date: August 18, 2008_____        By        /s/Flora Perez_____

Name    Flora Perez_____

Title    Credit Counselor_____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:

Aguila, Sergio & Aguila, Maria
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.

Date: **September 11, 2008**

I(We) **Sergio Aguila** _____ and **Maria Aguila** _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____
(Debtor or Corporate Officer, Partner or Member)

Signature: _____
(Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only